Annette MCCLENDON, Plaintiff—
Appellant,

v.

CITY OF STOCKTON, CALIFORNIA;
et al., Defendants—Appellees.

No. 04–16783.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2006.*

Decided June 23, 2006.

John Foster Cruikshank, Esq., Cruikshank and Cruikshank, Stockton, CA, for Plaintiff-Appellant.

Shelley L. Green, City Attorney's Office, Dana A. Suntag, Esq., Suntag & Feuerstein, Stockton, CA, for Defendants–Appellees.

Before: WALLACE, KLEINFELD, and BERZON, Circuit Judges.

MEMORANDUM **

Annette McClendon appeals from the district court's summary judgment in favor of defendants in her 42 U.S.C. § 1983 action alleging that police officers illegally searched her house. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Lockheed Martin Corp. v. Network Solutions, Inc.*, 194 F.3d 980, 983 (9th Cir.1999), and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly granted summary judgment for the defendants because the evidence showed that McClendon's son, who had acquiesced to warrantless searches of his residence as a term of his probation, had represented to his probation officer that he resided in McClendon's house. *See Motley v. Parks*, 432 F.3d 1072, 1080 (9th Cir.2005) (en banc). Defendant officers thus had probable cause to believe McClendon's son was a resident of her house, and were entitled to maintain that belief despite McClendon's assertions to the contrary. *See id.* at 1080–82. The record shows that the officers did learn that McClendon's son was in jail, but not until the search was completed.

All remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.